**Abatement Order filed October 10, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00095-CV
_____

### SAN JACINTO RIVER AUTHORITY, Appellant

### V.

### ANDY RAY, ET AL., Appellees

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-74372**

## ABATEMENT ORDER

This is an interlocutory appeal of the trial court's order denying a plea to the jurisdiction filed by appellant San Jacinto River Authority. Appellant raised issues in this appeal that are under consideration in a companion appeal filed in 14-18-00043-CV; *San Jacinto River Authority v. Ogletree*. This appeal is abated until disposition of the appeal in cause number 14-18-00043-CV; *San Jacinto River Authority v. Ogletree*.

The appeal is removed from this court's active docket. The appeal will be reinstated after final disposition of the appeal in cause number 14-18-00043-CV. The court will consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.